Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 1

SEND

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE ABREGO, et al., PLAINTIFF(S), v. DOLE FOOD COMPANY, INC., et al., DEFENDANT(S). | CASE NUMBER: LA CV 05-3606 CAS (Mcx)<br><br>ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that she should not preside over said case by reason of,

Judge's husband's law firm is involved in similar litigation involving the same circumstances and plaintiffs from the same country. The judge is therefore recusing herself pursuant to 28 U.S.C. §455(a) to avoid any appearance of lack of impartiality.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

X within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: June 3, 2005

Christina A. Snyder
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge R. Gary Klausner. On all documents subsequently filed in this case, please substitute the initials RGK after the case number in place of the initials of the prior Judge so that the case number will read: CV 05-3606 RGK (Mcx).

This is very important because documents are routed to the assigned Judge by means of the initials.

18



ENTERED ON CM 6/3/05

Dockets.Justia.co