Juan Jose Ábrego et al v. Dole Food Company Inc et al Doc. 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL** **SEND**

| | | | |
|---|---|---|---|
| Case No. | CV05-3606-CAS(Mcx) | Date | June 3, 2005 |
| Title | *JUAN JOSE ABREGO; ET AL. v. DOLE FOOD COMPANY, INC.; ET AL.* | | |

Present: The Honorable CHRISTINA A. SNYDER, JUDGE

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

Reference of the above case to the Alternative Dispute Resolution Pilot Program General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14.

DOCKETED ON CM
JUN - 8 2005
BY Sb 004

00 : 00

Initials of Preparer CMJ

21



Dockets.Justia.co