Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 2

FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE ABREGO, et al.,<br>Plaintiff(s),<br>vs.<br>DOLE FOOD COMPANY, INC., et al.,<br>Defendant(s). | No. CV 05-3606-RGK (MCx)<br><br>ORDER SETTING SCHEDULING CONFERENCE |

This matter is set for a scheduling conference on **August 8, 2005 at 9:00 a.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b). Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligation to disclose information and confer on a discovery plan, not later than 21 days prior to the scheduling conference. The parties shall file their Rule 26(f) report with the Court, not later than 14 days after conferring, and deliver **a <u>conformed</u> courtesy copy** to the Judge's courtesy box, located

DOCKETED ON CM
JUN - 9 2005
BY mG 009

22

Dockets.Justia.co

outside the clerk's office, Room 181-L at the Roybal Federal Building. Failure to comply may lead to the imposition of sanctions.

SCANNED

DATED: JUN 0 9 2005

Gary Klausner

R. Gary Klausner
United States District Judge