Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 26

245

SCAN ONLY

ORIGINAL

LODGED
CLERK, U.S. DISTRICT COURT
MAY 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Name, address and telephone number of attorney(s)

David Goldberg
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin, Suite 2200
Houston, Texas 77010
(713) 425-7345

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Jose Abrego, et al. Plaintiff(s) | CASE NUMBER CV05-3606-~~CAS~~ RGK (Mcx) |
| v. | |
| Dole Food Company Inc. et al Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

**NOTICE:** Effective June 1, 2004, the fee for *Pro Hac Vice* is $185.00 for each **case** application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. ***To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.***

I, David Goldberg, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Chiquita Brands Inc., Chiquita Brands International Inc., Chiquita Brands Company, North America by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Pillsbury Winthrop Shaw Pittman LLP
Address: 909 Fannin, Suite 2200
Houston, Texas77010
Telephone number: 713-425-7350 Fax number: 281-582-6474

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Southern District of Texas | 1998 |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.
I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PAID
MAY 27 2005
CLERK, U S DISTRICT COURT 4012

DOCKETED ON CM
JUN 10 2005
BY 009

26



Dockets.Justia.com

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate Richard Morrissey as local counsel, whose business information is as follows:

Firm Name: Pillsbury Winthrop Shaw Pittman LLP
Address: 909 Fannin, Suite 2200
Houston, Texas 77010
Telephone number: 213-488-7525 Fax number: 213-629-1033

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. Pl, the F.R. Crim. P., and the F.R. Evidence.

Date: 5/24/05

*Applicant Signature*

I hereby consent to the foregoing designation.
Date: 05/27/05

*Designee Signature*

39,286
California State Bar No.

**ORDER**

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date: 6/1/05

*United States District Judge / Magistrate Judge*

SCANNED

Case No. CV05-3606-CAS (MCX)

PROOF OF SERVICE BY MAIL

I, Judy Iott, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

2. My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On May 27, 2005, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document titled exactly APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Attorneys for Plaintiffs:
Walter J. Lack
Sean A. Topp
Engstrom, Lipscomb & Lack
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067

Thomas V. Girardi
Howard B. Miller
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017

SCANNED

Joe J. Fisher II
Mark Sparks
Scott C. Kinsel
Provost Umphrey Law Firm
P.O. Box 4905
Beaumont, Texas 77704

Benton Musslewhite
Law Offices of Benton Musslewhite
1705 West Gray, Suite A
Houston, Texas 77019

**Counsel for Dow Chemical Company:**
Michael L. Brem
Schirrmeister Diaz-Arrastia Brem LLP
Pennzoil Place, North Tower
700 Milam, Street, 10th Floor
Houston, Texas 77002

Gennaro A. Filice III
Nicholas D. Kayhan
Richard H. Poulson
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612

**Counsel for Shell Agricultural Chemical Company and Shell Chemical Company:**

R. B. Ballanfant
Shell Oil Company
P.O. Box 2463
Houston, Texas 77252

**Dole Food Co., Inc. and Dole Fresh Fruit Co.:**

James S. Teater
Jones, Day, Reavis & Pogue
2727 N. Harwood Street
Dallas, Texas 75201

**Counsel for Del Monte Fresh Produce, Inc. and Del Monte Fresh Produce (West Coast), Inc.:**

Boaz S. Morag
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 100006

SCANNED

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of May, 2005, at Los Angeles, California.

Judy Iott