Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 29

P-SEND

FILED
CLERK, U.S. DISTRICT COURT
2005
JUN 10 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge RGK

From: [handwritten signature], Deputy Clerk Date Received: 6/10/05

Case No.: CV05-3606 RGK Case Title: Abrego -v- Dole Food Co

Document Entitled: (Pltfs') Notice of Motion & motion to Remand

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | |
|---|---|
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone and facsimile numbers |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☑ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 6.1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine issues of material fact lacking |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 16-6 | Pretrial conference order not signed by all counsel |
| ☐ FRCvP Rule 5(d) | No proof of service attached to document(s) |
| ☐ Other: | |

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

DOCKETED
JUN 14 2005
BY BD 005

Date U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

06·10·05 Gary Klausner

Date U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.



29

Dockets.Justia.com