Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 3

SCAN ONLY

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LODGED
2005 JUN 17 PM 2:2_
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

| | |
|---|---|
| Juan Jose Abrego, et al. Plaintiff(s) v. Dole Food Company, Inc., et al. Defendant(s). | CASE NUMBER CV 05-3606 RGK (MCx) |
| | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
***To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.***

I, Adam P. Schiffer, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Shell Oil Company by whom I have been retained.

DOCKETED ON CM
JUN 22 2005
BY MG 0(

My *out-of-state* business information is as follows:

King & Spalding LLP
*Firm Name*

1100 Louisiana, Suite 4000
*Street Address*

Houston, Texas 77002
*City, State, Zip*

aschiffer@kslaw.com
*E-Mail Address*

(713) 751-3200
*Telephone Number*

(713) 751-3290
*Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| *Title of Court* | *Date of Admission* |
|---|---|
| USDC Western District Court of Texas | 2001 |
| 3rd Circuit Court of Appeals | 1987 |
| 5th Circuit Court of Appeals | 1987 |
| Texas State Bar | 1986 |
| Texas Eastern District Court | 2004 |
| USDC Southern District Court | 1987 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| CV 05-3608 RGK (MCx) | Antonio Abrego Abrego v. Dole Food Company, Inc. | June 17, 2005 | |
| | | | |
| | | | |

PAID
JUN 17 2005
CLERK, U.S. DISTRICT COURT 4612

(3)

Dockets.Justia.com

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

SCANNED

I designate Jay E. Smith as local counsel, whose business information is as follows:

Firm Name: Steptoe & Johnson, LLP

Address: 633 West Fifth Street
Los Angeles, CA 90071

Telephone number: (213) 439-9400 Fax number: (213) 439-9599

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. Pl, the F.R. Crim. P., and the F.R. Evidence.

Date: 6/16/05

*Applicant Signature*

I hereby consent to the foregoing designation.

Date: 6/17/05

*Designee Signature*

162832

California State Bar No.

---

**ORDER**

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:

- [x] Granted
- [ ] Denied and fee ordered returned.

Date: JUN 22 2005

*United States District Judge / Magistrate Judge*



American LegalNet Inc
www.USCourtForms.com