Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 44

**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 05-3606-RGK (Mcx) Date July 5, 2005

Title *JUAN JOSE ABREGO, et al. v. DOLE FOOD COMPANY, et al.*

---

Present: The Honorable R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) PLAINTIFFS' MOTION TO REMAND (DE 33)**

The Court hereby advises counsel that the above-referenced motion set for hearing on July 11, 2005 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

DOCKETED ON CM
JUL - 5 2005
BY MG 009

Initials of Preparer slw

44



Dockets.Justia.com