Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 5

GENNARO A. FILICE III (SBN: 061112)
NICHOLAS D. KAYHAN (SBN: 129878)
RICHARD H. POULSON (SBN: 178479)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

MICHAEL L. BREM (*admitted pro hac vice*)
**SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP**
Pennzoil Place, North Tower
700 Milam St., 10th Floor
Houston, Texas 77002
Tel: (713) 221-2500
Fax: (713) 228-3510

Attorneys for Defendant
THE DOW CHEMICAL COMPANY

FILED
CLERK, U.S. DISTRICT COURT
AUG 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 JUL 29 AM 10: 27
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES
BY

**Priority** ✓
**Send**
**Enter**
**Closed**
**JS-5/JS-6**
**JS-2/JS-3**
**Scan Only**

**BY FAX**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN JOSE ABREGO, *et al.*,<br>Plaintiffs,<br>v.<br>DOLE FOOD COMPANY, INC., *et al.*,<br>Defendants. | CASE NO. CV 05-3606-RGK (Mcx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs and Defendants respectfully file this Stipulation to Continue the Scheduling Conference and [Proposed] Order regarding the Scheduling Conference presently set for August 8, 2005, and would show the Court as follows:

1. On June 9, 2005, the Court issued an order setting a Rule 16 Scheduling Conference for August 8, 2005. (Docket Entry 25.)

2. On July 18, 2005, in response to Plaintiffs' Motion to Remand (Docket Entry 33), the Court issued a minute order granting "Dow Chemical 45 days . . . to undergo limited discovery to determine whether the amount in controversy is met in this case and file a brief with the findings." (Docket Entry 50.)

55

DOCKETED ON CM
AUG 4 2005
BY MG 009



Dockets.Justia.com

3. This 45-day period will not expire until Thursday, September 1, 2005.

4. Accordingly, the parties respectfully submit that it would be a more appropriate use of both the Court's and the parties' resources to conduct the scheduling conference sometime after the jurisdictional/remand issue is resolved.

5. In this regard, the parties note that the Court has set a scheduling conference for September 26, 2005 in a related case, No. CV 05-3606-RGK (Mcx); *Antonio Abrego Abrego vs. Dole Food Company, Inc.*

WHEREFORE the parties respectfully urge the Court to continue the August 8, 2005 scheduling conference until September 26, 2005.

DATED: July 28, 2005

PROVOST * UMPHREY LLP
and
ENGSTROM, LIPSCOMB & LACK, LLP

By: ________________
ELIZABETH L. CROOKE
and
JOE L. FISHER
Attorneys for Plaintiffs

/
/
/
/
/
/
/
/

FBE&M
Lake Merritt Plaza
1999 Harrison Street
Seventeenth Floor
Oakland, CA 94612-3541
Phone (510) 444-3131



11320357 tif - 7/29/2005 9:22:45 AM

DATED: July 26, 2005

FILICE BROWN EASSA & McLEOD LLP
and
SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP

By: [signature]
GENNARO A. FILICE III
NICHOLAS D. KAYHAN
RICHARD H. POULSON
and
MICHAEL L. BREM

Attorneys for Defendant
THE DOW CHEMICAL COMPANY

DATED: July 26, 2005

JONES DAY

By: [signature]
FREDERICK L. MCKNIGHT
SUZANNE CATE JONES

Attorneys for Defendants
DOLE FOOD COMPANY, INC. and
DOLE FRESH FRUIT COMPANY

DATED: July 21, 2005

STEPTOE & JOHNSON LLP

By: [signature]
LAWRENCE P. RIFF
JAY E. SMITH

Attorneys for Defendants
SHELL OIL COMPANY dba SHELL CHEMICAL COMPANY and SHELL AGRICULTRUAL CHEMICAL COMPANY

FBE&M
Lake Merritt Plaza
1999 Harrison Street
Eighteenth Floor
Oakland CA 94612-3541
Phone 510.444.3131



11320357.tif - 7/29/2005 9:22:45 AM

DATED: July 21, 2005

MORGAN, LEWIS & BOCKIUS LLP
and
CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: [signature]
THOMAS L. VAN WYNGARDEN

and

BOAZ MORAG
STEPHEN T. OSTROWSKI

Attorneys for Defendants
DEL MONTE FRESH PRODUCE INC. and
DEL MONTE FRESH PRODUCE (WEST COAST), INC.

DATED: July 21, 2005

PILLSBURY WINTRHOP SHAW PITTMAN LLP

By: [signature]
J. RICHARD MORRISSEY
NATHAN M SPATZ

and

SAM STUBBS
DAVID GOLDBERG

Attorneys for Defendants
CHIQUITA BRANDS COMPANY, NORTH AMERICA; CHIQUITA BRANDS, INC.; and
CHIQUITA BRANDS INTERNATIONAL, INC.

/
/
/
/
/
/
/

# ORDER

The Court approves the parties' stipulation and resets the Scheduling Conference for September 26, ~~2006~~ 2005 at 9:00 a.m.

AUG 3 2005

Date: ______________________

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

FBE&M



11320357.tif - 7/29/2005 9:22:45 AM

# SERVICE LIST

| | |
|---|---|
| Walter J. Lack<br>Sean A. Topp<br>**ENGSTROM, LIPSCOMB & LACK**<br>10100 Santa Monica Boulevard, 16th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br>**Attorneys for Plaintiffs** | Thomas V. Girardi<br>Howard B. Miller<br>**GIRARDI & KEESE**<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554<br>**Attorneys for Plaintiffs** |
| Joe J. Fisher II (*Appearing Pro Hac Vice)*<br>Mark Sparks (*Appearing Pro Hac Vice)*<br>Scott C. Kinsel (*Appearing Pro Hac Vice)*<br>**PROVOST*UMPHREY LAW FIRM**<br>P.O. Box 4905<br>Beaumont, TX 77704<br>Tel: (409) 835-6000<br>Fax: (409) 838-8888<br>**Attorneys for Plaintiffs** | Benton Musslewhite (*Appearing Pro Hac Vice)*<br>**LAW OFFICES OF BENTON MUSSLEWHITE**<br>1705 West Gray, Suite A<br>Houston, TX 77019<br>Tel: (713) 528-2000<br>Fax: (713) 526-8568<br>**Attorneys for Plaintiffs** |
| Frederick L. McKnight<br>Suzanne Cate Jones<br>Jenny L. Riggs<br>**JONES DAY**<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Tel: (213) 489-3939<br>Fax: (213) 243-2539<br>**Attorneys for Defendants**<br>**DOLE FOOD COMPANY, INC. and DOLE FRESH FRUIT COMPANY** | Thomas L. Van Wyngarden<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Tel: (213) 612-2500<br>Fax: (213) 612-2501<br>**Attorneys for Defendants**<br>**DEL MONTE FRESH PRODUCE, INC. and DEL MONTE FRESH PRODUCE (WEST COAST), INC.** |
| Boaz S. Morgag (*Appearing Pro Hac Vice)*<br>Stephen T. Ostrowski (*Appearing Pro Hac Vice)*<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2000<br>Fax: (212) 225-3999<br>**Attorneys for Defendants**<br>**DEL MONTE FRESH PRODUCE, INC. and DEL MONTE FRESH PRODUCE (WEST COAST), INC.** | J. Richard Morrissey<br>Nathan M. Spatz<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406<br>Tel: (213) 488-7100<br>Fax: (213) 629-1033<br>**Attorneys for Defendant**<br>**CHIQUITA BRANDS COMPANY, NORTH AMERICA, CHIQUITA BRANDS, IN., CHIQUITA BRAND INTERNATIONAL, INC.** |

| | |
|---|---|
| Sam Stubbs<br>David Goldberg<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX 77010<br>**Attorneys for Defendants CHIQUITA BRANDS COMPANY, NORTH AMERICA, CHIQUITA BRANDS, IN., CHIQUITA BRAND INTERNATIONAL, INC.** | Lawrence P. Riff<br>Jay E. Smith<br>**STEPTOE & JOHNSON**<br>633 West Fifth Street<br>Los Angeles, CA 90071<br>**Attorneys for Defendants SHELL OIL COMPANY *dba* "SHELL CHEMICAL COMPANY" and SHELL AGRICULTURAL CHEMICAL COMPANY** |
| Michael L. Brem *(Appearing Pro Hac Vice)*<br>**SCHIRMEISTER DIAZ-ARRASTIA BREM**<br>Pennzoil Place – North Tower<br>700 Milam, 10th Floor<br>Houston, TX 77002<br>**Attorneys for Defendant THE DOW CHEMICAL COMPANY** | |