Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 57

Name and address

WALTER J. LACK, (State Bar No. 57550)
ELIZABETH L. CROOKE (State Bar No. 90305)
ENGSTROM, LIPSCOMB & LACK
10100 SANTA MONICA BLVD.,16TH Floor
LOS ANGELES, CA 90067-4107
(310) 552-3800
Attorneys for Plaintiffs JUAN JOSE ABREGO, ET AL.

FILED
CLERK, U.S. DISTRICT COURT
AUG 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

LODGED
2005 AUG 3 AM 11:18
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE ABREGO, ET AL. Plaintiff(s) v. DOLE FOOD COMPANY, ET AL., Defendant(s). | CASE NUMBER CV 05-3606-RGK (Mcx) |
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of JOSEPH J. FISHER, II (*Applicant's Name*), of PROVOST*UMPHREY LAW FIRM, LLP (*Firm Name*) for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant JUAN JOSE ABREGO, ET AL.

and the designation of ELIZABETH L. CROOKE (*Local Counsel Designee*) of ENGSTROM, LIPSCOMB & LACK (*Local Counsel Firm*)

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated AUG 4 2005

[signature]
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
AUG 5 2005
BY 009

57



ORIGINAL

Dockets.Justia.com