Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 5

Name and address

WALTER J. LACK, (State Bar No. 57550)
ELIZABETH L. CROOKE (State Bar No. 90305)
ENGSTROM, LIPSCOMB & LACK
10100 SANTA MONICA BLVD., 16th Floor
LOS ANGELES, CA 90067-4107
(310) 552-3800
Attorneys for Plaintiffs, JUAN JOSE ABREGO, ET AL.

FILED
CLERK, U.S. DISTRICT COURT
AUG 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ___

LODGED
2005 AUG 3 AM 11:18
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE ABREGO, ET AL. Plaintiff(s) v. DOLE FOOD COMPANY, ET AL. Defendant(s). | CASE NUMBER CV 05-3606-RGK (Mcx) |
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of MARK SPARKS (*Applicant's Name*), of PROVOST*UMPHREY LAW FIRM, LLP (*Firm Name*) for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant JUAN JOSE ABREGO, ET AL. and the designation of ELIZABETH L. CROOKE (*Local Counsel Designee*) of ENGSTROM, LIPSCOMB & LACK (*Local Counsel Firm*) as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated AUG 4 2005

[signature]
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
AUG 5 2005
BY MC 009

58



ORIGINAL

Dockets.Justia.com