SCAN ONLY

Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SCANNED

**CIVIL MINUTES - GENERAL**

Case No. CV 05-3606-RGK (Mcx) ✓ Date September 26, 2005
CV 05-3608-RGK (Mcx)

Title *JUAN JOSE ABREGO, et al. v. THE DOLE FOOD COMPANY, INC., et al.* ✓
*ANTONIO ABREGO ABREGO, et al. v. THE DOLE FOOD COMPANY, INC., et al.*

Present: The Honorable R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Lynne Smith | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Sparks | Thomas Van Wyngarden |
| Elizabeth Crooke | Boaz Morag |
| Jay Smith | J. Richard Morrissey |
| Richard Poulson | Michael Brem |
| | Suzanne Jones |

**Proceedings: SCHEDULING CONFERENCE**

Court and counsel confer. Due to the motion still pending before the Court, the scheduling conference is CONTINUED to November 21, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

DOCKETED ON CM
SEP 2 8 2005
BY MG 009

: 5

Initials of Preparer slw

69



Dockets.Justia.co