P-SEND

Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 72

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ENTERED

## CIVIL MINUTES - GENERAL

Case No. CV 05-3606-RGK (Mcx) Date October 6, 2005

Title *JUAN JOSE ABREGO, et al. v. DOLE FOOD COMPANY, et al.*

---

Present: The Honorable R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING ACTION**

On July 18, 2005, the Court issued a Minute Order granting Dow Chemical 45 days from the date of the Order to conduct limited discovery and file a brief addressing the issue of jurisdiction. On September 1, 2005, Dow Chemical filed its Brief with Findings of Jurisdiction Discovery. On September 13, 2005, Plaintiffs' filed their Response to Dow's Brief.

Based on Defendants' discovery, it appears that fewer than 100 plaintiffs satisfy the requisite $75,000 jurisdictional amount. Therefore, Defendants have failed to satisfy their burden of showing that there are 100 or more plaintiffs over which this court has jurisdiction that can be proposed to be tried jointly. As such, the action does not constitute a "mass action," as defined by the Class Action Fairness Act of 2005.

Upon review and consideration of the findings and arguments submitted in the parties' briefs, the Court determines that it lacks subject matter jurisdiction over this case, and remands the action to state court.

**IT IS SO ORDERED.**

DOCKETED ON CM
OCT - 7 2005
BY MG 009

72

:

Initials of Preparer slw



Dockets.Justia.com