Juan Jose Abrego et al v. Dole Food Company Inc et al Doc. 7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAY 26 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUAN JOSE ABREGO; et al.,<br><br>Plaintiffs - Respondents,<br><br>v.<br><br>DOW CHEMICAL COMPANY,<br><br>Defendant - Petitioner. | No. 05-80121<br><br>D.C. No. CV-05-03606-RGK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DLM DEPUTY

Before: TALLMAN and CALLAHAN, Circuit Judges.

The Clerk shall file the opposition to the petition for permission to appeal, received November 1, 2005.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

DOCKETED ON CM
JUN - 5 2006
BY DLM 173

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAY 26 2006
by [signature]
Deputy Clerk

S:\MOATT\Panelord\5.24.06\orders\jz2\05-80121.wpd

75

Dockets.Justia.com

Proceedings include all events.
05-80121 Abrego, et al. v. Dow Chemical Co.

JUAN JOSE ABREGO, ET AL.
Plaintiff - Appellee

Howard B. Miller, Esq.
FAX 213/481-1554
213/977-0211
[COR LD NTC ret]
Thomas V. Girardi, Esq.
213/977-0211
[COR LD NTC ret]
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017

Walter J. Lack, Esq.
FAX 310
310/552-3800
16th Floor
[COR LD NTC ret]
Sean A. Topp, Esq.
FAX
310/522-3800
16th Floor
[COR LD NTC gov]
ENGSTROM LIPSCOMB & LACK
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4107

Joe J. Fisher, Esq.
FAX 409/838-8888
409/835-6000
[COR LD NTC ret]
Mark Sparks
FAX 409/838-8888
409/835-6000
[COR LD NTC ret]
Scott C. Kinsel
FAX 409/838-8888
409/835-6000
[COR LD NTC ret]
PROVOST UMPHREY LAW FIRM
P.O. Box 4905
Beaumont, TX 77704

Benton Musslewhite, Esq.
FAX 713/526-8568
713/528-2000
Ste. A
[COR LD NTC ret]
LAW OFFICES OF BENTON
MUSSLEWHITE
1705 West Gray
Houston, TX 77019

v.

Proceedings include all events.
05-80121 Abrego, et al. v. Dow Chemical Co.

DOW CHEMICAL COMPANY
Defendant - Appellant

Richard H. Poulson, Esq.
510/444-3131
18th Floor
[COR LD NTC ret]
FILICE BROWN EASSA & MCLEOD, LLP
Lake Merritt Plaza
1999 Harrison Street
Oakland, CA 94612-3541

Gennaro A. Filice, III, Esq.
FAX 510/839-7940
510/444-3131
18th Floor
[COR LD NTC ret]

Nicholas D. Kayhan
510/444-3131
18th Floor
[COR LD NTC ret]
FILICE BROWN EASSA & MCLEOD LLP
1999 Harrison St.
Oakland, CA 94612

Michael L. Brem, Esq.
713/221-2500
10th Floor
[COR LD NTC ret]
SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP
Penzoil Place, North Tower
700 Milam St.
Houston, TX 77002

SCANNED